MAGISTRATE JUDGE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR05-5837 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING STIPULATED |
| vs. | ) | MOTION TO CONTINUE TRIAL |
| | ) | DATE |
| KRISTOPHER REECK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant; therefore,

IT IS HEREBY ORDERED that the trial date be continued to July 31, 2006.  The resulting period of delay from June 26, 2006, to July 31, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

DONE this   23rd   day of June, 2006.


 *s/ Karen L. Strombom   for*
MARY ALICE THEILER
UNITED STATES MAGISTRATE JUDGE

Presented By:

/s/_____         /s/_____

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                             1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

| | |
|---|---|
| Jerome Kuh<br>Attorney for Defendant | Captain Kenneth Tyndal<br>Special Assistant United States Attorney |

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                2